# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO: 5:02CV00105

| | |
|---|---|
| LARRY BLACK, )<br>    Plaintiff )<br>vs. )<br> )<br>F&S, LLC a/k/a Fischer-Schindler, LLC, )<br>et al., )<br>    Defendants. )<br> )<br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. It appearing that the attorneys for the parties have not yet held an initial attorneys' conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, they are hereby ordered to hold such a conference and file their Certification and Report of Initial Attorneys' Conference with the Court. Such report shall be submitted within **twenty (20) days** from the date of the filing of this Order.

**Signed: August 30, 2005**

_____
David C. Keesler
United States Magistrate Judge