# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO: 5:02CV00105

| | |
|---|---|
| LARRY BLACK, )<br>    Plaintiff )<br>vs. )<br>)<br>F&S, LLC a/k/a Fischer-Schindler, LLC, )<br>et al., )<br>    Defendants. )<br>)<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. With the exception of activity involving Larry Black, the plaintiff, and Daina Stephenson, a defendant who has since been dismissed from the case, there has been no activity in this case since September 2004. Accordingly, the Court will direct the remaining parties to file a written report, indicating the status of the case, within twenty days from the filing date of this Order. After such report is filed, the Court may – in its discretion – choose to hold a status conference.

**IT IS, THEREFORE, ORDERED** that the parties file a written report, jointly if possible, indicating the status of the case, within **twenty (20) days** from the filing date of this Order.

Signed: January 24, 2006

David C. Keesler
United States Magistrate Judge