**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:02CV105-V**

| | |
|---|---|
| LARRY BLACK,              ) | |
|     Plaintiff,     ) | |
|   vs.                              ) | |
|                                         )    | **O R D E R** |
| F & S, LLC.,                   ) | |
|     Defendant.    ) | |

**THIS MATTER** is before the Court on its own motion to preemptively set this case for trial.

**IT IS, THEREFORE, ORDERED** that this matter is preemptively set and scheduled for October 20, 2008, at 9:30 a.m., in the Statesville Division. Jury selection will begin on that same day.

Signed: May 29, 2008

Richard L. Voorhees
United States District Judge