IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:02CV105-V

| | |
|---|---|
| LARRY BLACK,<br>      Plaintiff,<br><br>vs.<br><br>F & S, LLC, *et al.*,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)     **ORDER**<br>Rule 41(a)(2) Dismissal |

**THIS MATTER** is before the court upon an oral motion of Plaintiff Larry Black, through counsel, made in open court on October 8, 2008. Plaintiff Black moves for voluntary dismissal *without prejudice* of all remaining causes of action against Defendants F & S, LLC (a/k/a Fischer-Schindler, LLC), James F. Garro, and Sienna Financial, Ltd.[1]

Under Rule 41(a)(2),

> "[A]n action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper ... Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice."

F<small>ED</small>. R. C<small>IV</small>. P. 41(a)(2).

**IT IS HEREBY ORDERED** that Plaintiff's claims with respect to Defendants F & S, LLC (a/k/a Fischer-Schindler, LLC), James F. Garro, and Sienna Financial, Ltd. are **DISMISSED without prejudice** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

---

[1] Plaintiff's Amended Complaint, filed August 6, 2004, alleged the following causes of action for each of these defendants: F & S, LLC - Counts 2, 3, 8 and 13; James F. Garro - Counts 1 - 13; and Sienna Financial, Ltd. - Counts 9, 11, 12-13. (Document #42)

1

Signed: October 9, 2008

Richard L. Voorhees
United States District Judge